IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO.4:95-CR-148-P |
| § | |
| TOMMY M. JACKSON § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is defendant Tommy M. Jackson's motion for disclosure of matters occurring before the grand jury, along with the January 30, 2007 findings, conclusions, and recommendation of the Untied States Magistrate Judge. The magistrate judge gave the parties until February 20 to file written objections to the findings, conclusions, and recommendation. Petitioner filed objections to the magistrate judge's report on February 20, 2007.

The Court has reviewed the motion, response, and Jackson's reply along with the record in this case, and has reviewed the proposed findings, conclusions and recommendation of the United States Magistrate Judge filed on January 30, 2007 and petitioner's objections. The Court concludes that the motion for disclosure of matters occurring before the grand jury should be denied, for the reasons stated in the magistrate judge's findings and conclusions.

It is therefore ORDERED that the findings, conclusions and recommendation of the magistrate judge should be ADOPTED.

It is further ORDERED that defendant Tommy M. Jackson's motion for disclosure of grand jury matters [docket no. 516] be DENIED.

SIGNED February 23, 2006.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE